UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

DAMIEN FORD                     CIVIL ACTION NO. 16-cv-1608

VERSUS                            JUDGE FOOTE

JOE DOE                        MAGISTRATE JUDGE HORNSBY

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that this civil action is **dismissed with prejudice** because (1) all asserted state law claims are untimely and (2) Plaintiff has not stated a claim under 42 U.S.C. § 1983 on which relief may be granted. All pending motions are hereby **DENIED** as **MOOT**. The Clerk of Court is directed to close this case.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the ____ day of _____, 2017.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE